UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.   1:26-cr-44 |
| Plaintiff, | : | JUDGE   Hopkins |
| v. | : | INDICTMENT |
| GEORGE WILLIS, | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 922(g) |
| Defendant. | : | 18 U.S.C. § 924(c) |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(B) |
| | : | FORFEITURE ALLEGATIONS |

THE GRAND JURY CHARGES:

## COUNT 1
### (Possession with Intent to Distribute a Controlled Substance)

On or about October 31, 2024, in the Southern District of Ohio, the defendant, **GEORGE WILLIS**, did knowingly and intentionally possess with intent to distribute 40 grams of a mixture and substance containing fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide) a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2.**

## COUNT 2
### (Possession of a Firearm in Furtherance of Offense)

On or about October 31, 2024, in the Southern District of Ohio, the defendant, **GEORGE WILLIS**, did knowingly possess a  FN Five-Seven pistol, with serial number 386379884  loaded with 7 rounds of 5.7x28mm ammunition in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count 1 of this Indictment, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
### (Possession by a Prohibited Person)

On or about October 31, 2024, in the Southern District of Ohio, the defendant, **GEORGE WILLIS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, that is, a FN Five-Seven pistol, with serial number 386379884 loaded with 7 rounds of 5.7x28mm ammunition, and the firearm and ammunition were in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **GEORGE WILLIS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

> A FN Five-Seven pistol, bearing serial number 386379884, including any attachments and approximately 7 rounds of 5.7x28mm ammunition.

## FORFEITURE ALLEGATION 2

Upon conviction of any offense set forth in this Indictment, the defendant, **GEORGE WILLIS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearm and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ANTHONY SPRINGER**
**ASSISTANT UNITED STATES ATTORNEY**